UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIMON GLIK, <br><br> Plaintiff <br><br> v. <br><br> JOHN CUNNIFFE, PETER J. SAVALIS and (FNU) HALL-BREWSTER, in their individual capacities, and the CITY OF BOSTON, <br><br> Defendants. | Civil Action No. 1:10-cv-10150-NG |

## NOTICE OF APPEARANCE

I hereby enter my appearance as counsel for the Plaintiff in the above action.

RESPECTFULLY SUBMITTED,

/s/ *David Milton*
David Milton, BBO #668908
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100

Date: February 2, 2010