# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SIMON GLIK, | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Civ. Action No. 10-cv-10150-NG |
|  | ) |  |
| JOHN CUNNIFFE, | ) |  |
| in his individual capacity, | ) |  |
| PETER J. SAVALIS, | ) |  |
| in his individual capacity, | ) |  |
| [FNU] HALL-BREWSTER, | ) |  |
| in his/her individual capactiy, and, | ) |  |
| CITY OF BOSTON, | ) |  |
| Defendants. | ) |  |

GERTNER, D.J.

## ORDER OF RECUSAL

I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

**SO ORDERED.**

Date:  **February 2, 2010**      /s/ Nancy Gertner
**NANCY GERTNER, U.S.D.C.**