UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SIMON GLIK,

    Plaintiff                                    Civil Action No. 1:10-cv-10150-NG

v.

JOHN CUNNIFFE, et al.,

    Defendants

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the Plaintiff, Simon Glik.

                                            /s/ *Sarah R. Wunsch*
                                            Sarah R. Wunsch, BBO # 548767
                                            ACLU of Massachusetts
                                            211 Congress St., Third Floor
                                            Boston, MA 02110
                                            617-482-3170, ext. 323
                                            swunsch@aclum.org

Dated: February 2, 2010