UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10150 WGY

SIMON GLIK,
  Plaintiff,

v.

JOHN CUNNIFFE, PETER J. SAVALIS
and JEROME HALL-BREWSTER, in their
individual capacities, and the CITY OF
BOSTON,
  Defendants.

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE REFERENCED COURT:**

  Please enter the appearance of Ian D. Prior as attorney for the Defendant, City of Boston, in the above-captioned case.

        Respectfully submitted,

        DEFENDANT, CITY OF BOSTON

        William F. Sinnott
        Corporation Counsel
        By its attorney:


        /s/ Ian D. Prior
        _____
        Ian D. Prior, BBO # 655704
        Assistant Corporation Counsel
        City of Boston Law Department
        Room 615, City Hall
        Boston, MA 02201
        (617) 635-4017
        ian.prior@cityofboston.gov

Date: February 11, 2010

# **CERTIFICATE OF SERVICE**

      I, Ian D. Prior hereby certify that on this date I served a copy of the foregoing document via electronic filing (EFC) on all counsel of record.


Date: February 11, 2010                                /s/ Ian D. Prior
                                                                               Ian D. Prior