UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10150 WGY

SIMON GLIK,
    Plaintiff,

v.

JOHN CUNNIFFE, PETER J. SAVALIS and JEROME HALL-BREWSTER, in their individual capacities, and the CITY OF BOSTON,
    Defendants.

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE REFERENCED COURT:**

Please enter the appearance of Lisa A. Skehill as attorney for the Defendant, City of Boston, in the above-captioned case.

Respectfully submitted,

DEFENDANT, CITY OF BOSTON

William F. Sinnott
Corporation Counsel
By its attorney:

/s/ Lisa A. Skehill
_____
Lisa A. Skehill, BBO # 675344
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022
Lisa.Skehill@cityofboston.gov

Date: March 5, 2010

## **CERTIFICATE OF SERVICE**

      I, Lisa A. Skehill hereby certify that on this date I served a copy of the foregoing document via electronic filing (EFC) on all counsel of record.


Date: March 5, 2010         <u>/s/ Lisa A. Skehill</u>
                                          Lisa A. Skehill