UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10150 WGY

SIMON GLIK,
        Plaintiff

v.

JOHN CUNNIFFE, PETER J. SAVALIS and
JEROME HALL-BREWSTER, in their
individual capacities, and the CITY OF
BOSTON,
        Defendants.

### DEFENDANTS, CITY OF BOSTON, JOHN CUNNIFFE, PETER J. SAVALIS, AND JEROME HALL-BREWSTER'S ASSENTED-TO MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS PURSUANT TO FED.R.CIV.P. 6(B)

Pursuant to Fed. R. Civ. P. 6(b), Defendants, City of Boston, John Cunniffe, Peter J. Savalis, and Jerome Hall-Brewster ("Defendants") hereby move this Honorable Court to grant an extension of time, up to and including April 23, 2010, to file responsive pleadings in the above-captioned matter. As grounds for this motion, Defendants state as follows:

1. On February 1, 2010, the Plaintiff, Simon Glik, filed this lawsuit pursuant to 42 U.S.C. § 1983 against the City of Boston, John Cunniffe, Peter J. Savalis, and Jerome Hall-Brewster.

2. Representation for Defendant Hall-Brewster was just recently approved, thus counsel has not had an opportunity to meet at length with Defendant Hall-Brewster to discuss this matter.

3. The Defendants require additional time to investigate the allegations and to complete an accurate, responsive pleading to Plaintiff's Complaint.

4. On or about March 22, 2010, counsel for the Defendants, Ian Prior, conferred with Plaintiff's counsel, who assented to an enlargement of time for the Defendants to file a responsive pleading.

5. Allowing this motion will not prejudice any party to the action. In fact, allowing the requested extension will further the interests of justice.

WHEREFORE, Defendants, City of Boston, John Cunniffe, Peter J. Savalis, and Jerome Hall-Brewster respectfully request that this Honorable Court allow their motion to extend time to file responsive pleadings, and set the date for filing of responsive pleadings for April 23, 2010.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON, JOHN CUNNIFFE, PETER J. SAVALIS, AND JEROME HALL-BREWTER

William F. Sinnott,
Corporation Counsel

By their attorneys,

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

3/30/10  /s/ Lisa A. Skehill__
Date     Lisa A. Skehill

/s/ Lisa A. Skehill_____
Lisa A. Skehill, BBO # 675344
Ian D. Prior, BBO # 655704
Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4022 (Skehill)
(617) 635-4017 (Prior)

## 7.1 Certification

      Undersigned counsel certifies that on March 22, 2010, pursuant to LR, D. Mass. 7.1(a)(2), counsel for the Defendants, Ian Prior, spoke with counsel for the Plaintiff who assented to the allowance of the foregoing motion.


Date:   March 30, 2010                                                                    /s/ Lisa A. Skehill