UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 10-10150 WGY**

**SIMON GLIK,**
        Plaintiff
v.

**JOHN CUNNIFFE, PETER J. SAVALIS and JEROME HALL-BREWSTER, in their individual capacities, and the CITY OF BOSTON,**
        Defendants.

## DEFENDANTS, CITY OF BOSTON, JOHN CUNNIFFE, PETER J. SAVALIS AND JEROME HALL-BREWSTER'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT

NOW come the defendants City of Boston, John Cunniffe, Peter J. Savalis, and Jerome Hall-Brewster and move pursuant to Fed.R.Civ.P. 12(b)(6) to dismiss all claims asserted against them within Plaintiff's complaint. Grounds for this motion are set forth within the attached supporting memorandum of law.

    Respectfully submitted,
    DEFENDANTS, CITY OF BOSTON, JOHN CUNNIFFE, PETER J. SAVALIS, AND JEROME HALL-BREWSTER

    William F. Sinnott
    Corporation Counsel
    By their attorney:

    /s/ Lisa A. Skehill
    Lisa A. Skehill BBO # 675344
    Ian D. Prior BBO # 655704
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4022 (Skehill)
    (617) 635-4017 (Prior)

Date: April 22, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2010, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Lisa A. Skehill
Lisa A. Skehill

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on March 22, 2010, counsel for the defendants conferred with counsel for the plaintiff pursuant to Local Rule 7.1 in a good faith effort to resolve or narrow the issues presented in *Defendants' Motion to Dismiss*. Despite this conference, the filing of the attached motion is necessary to resolve the issues stated therein.

/s/ Lisa A. Skehill
Lisa A. Skehill