# EXHIBIT B

# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

THIRD EDITION



**HOUGHTON MIFFLIN COMPANY**

*Boston · New York · London*

L-189366

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead Data Central, Inc., providers of the LEXIS®/NEXIS® services, for its assistance in the preparation of this edition of *The American Heritage Dictionary*.

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language. —3rd ed.
  p.   cm.
  ISBN 0-395-44895-6
  1. English language—Dictionaries.
PE1628.A623    1992                      92-851
423—dc20                                      CIP

Manufactured in the United States of America

**secondary consumer** | 1630 | **secretary**

**secondary consumer** *n. Ecology.* An animal that feeds on smaller plant-eating animals in a food chain.
**secondary electron** *n.* An electron produced in secondary emission.
**secondary emission** *n.* Emission of electrons from the surface of a substance as a result of bombardment by electrons or ions.
**secondary offering** *n.* The sale of a large block of outstanding stock through dealers outside a stock exchange.
**secondary school** *n.* A school that is intermediate in level between elementary school and college and that usually offers general, technical, vocational, or college-preparatory curricula.
**secondary sex characteristic** *n.* Any of various genetically transmitted anatomical, physiological, or behavioral characteristics, such as voice quality, abundance of facial hair, or breast development, that first appear in humans at puberty and differentiate between the sexes without having a direct reproductive function.
**secondary syphilis** *n.* The second and highly infectious stage of syphilis, appearing from seven to ten weeks after the initial exposure, characterized by a general skin rash accompanied by various symptoms of illness such as fatigue, headache, sore throat, muscle pain, and fever.
**secondary wall** *n.* The innermost wall of a plant cell that is deposited after cell elongation has ceased.
**secondary wave** *n.* An earthquake wave in which rock particles vibrate at right angles to the direction of wave travel. It can travel through solids but not through liquids.
**second banana** *n. Slang.* **1.** One, such as an assistant or a deputy, who is subordinate to another. **2.** One who serves as the straight man opposite the leading comedian in a burlesque.
**second base** *n. Baseball.* **1.** The base across the diamond from home plate, to be touched second by a runner. **2.** The position played by a second baseman.
**second baseman** *n. Baseball.* The infielder who is positioned near and to the first-base side of second base.
**second best** *n.* One that is next to the best. —**second best** *adv.* Next to the best. —**sec′ond-best′** (sĕk′ənd-bĕst′) *adj.*
**second blessing** *n.* Sanctification of a Christian believer, considered as a gift of the Holy Spirit given after conversion and sometimes thought of as rendering the believer incapable of committing sin.
**second childhood** *n.* Senility; dotage.
**second class** *n.* **1.** Travel accommodations ranking next below the highest or first class. **2.** Second-class mail.
**sec•ond-class** (sĕk′ənd-klăs′) *adj.* **1.** Of secondary status; *secondary issues.* **2.** Of or relating to travel accommodations ranking next below the highest or first class. **3.** Of or relating to a class of U.S. and Canadian mail consisting of newspapers and periodicals. —**second-class** *adv.* By means of second-class mail or second-class travel accommodations.
**second-class citizen** *n.* A person considered inferior in status or rights in comparison with some others: *"He believes women . . . are second-class citizens under the Constitution"* (Edward M. Kennedy).
**Second Coming** *n. Theology.* The return of Jesus as judge for the Last Judgment. Also called *Advent, Second Advent.*
**second cousin** *n.* The child of one's first cousin.
**sec•ond-de•gree burn** (sĕk′ənd-dĭ-grē′) *n.* A burn that blisters the skin and is more severe than a first-degree burn.
**Second Empire** *n.* A heavily ornate style of furniture, architecture, and decoration that was developed in France in the middle of the 19th century. [After *Second Empire,* the reign of Napoleon III, the next empire after that of Napoleon I.]
**second fiddle** *n. Informal.* **1.** A secondary role. **2.** One who plays a secondary role.
**sec•ond-gen•er•a•tion** (sĕk′ənd-jĕn′ə-rā′shən) *adj.* **1.** Of or relating to a person or persons whose parents are immigrants. **2.** Of or relating to a person or persons whose parents are citizens by birth and whose grandparents are immigrants. **3.** *Computer Science.* Of, relating to, or being the period of computer technology distinguished by the use of solid-state circuitry.
**second growth** *n.* Trees that cover an area after the removal of the original stand, as by cutting or fire.
**sec•ond-guess** (sĕk′ənd-gĕs′) *v.* **-guessed, -guess•ing, -guess•es.** —*tr.* **1.** To criticize or correct after an outcome is known. **2.a.** To outguess. **b.** To predict or anticipate: *"She can second-guess indictments"* (Scott Turow). —*intr.* To criticize a decision after its outcome is known. —**sec′ond-guess′er** *n.*
**sec•ond•hand** (sĕk′ənd-hănd′) *adj.* **1.** Previously used by another; not new. **2.** Dealing in previously used merchandise. **3.** Obtained, derived, or borrowed from another; not original. —**secondhand** *adv.* In an indirect manner; indirectly.
**second hand**[1] *n.* The hand of a timepiece that marks the seconds.
**second hand**[2] *n.* An intermediary person or source: *heard the news at second hand.*
**secondhand smoke** *n.* Cigarette, cigar, or pipe smoke that is inhaled unintentionally by nonsmokers and may be injurious to their health if inhaled regularly or continuously over a long period.
**se•con•di** (sĭ-kŏn′dē) *n. Music.* Plural of **secondo.**


secretary

**second lieutenant** *n.* **1.** The lowest commissioned rank in the U.S. Army, Air Force, and Marine Corps. **2.** One who holds this rank.
**sec•ond•ly** (sĕk′ənd-lē) *adv.* In the second place; second.
**second mortgage** *n.* A mortgage taken out on property that already has one mortgage, with priority in settlement of claims given to the earlier mortgage.
**second nature** *n.* An acquired behavior or trait that is so long practiced as to seem innate. [From the proverb *Habit is second nature.*]
**se•con•do** (sĭ-kŏn′dō) *n., pl.* **-di** (-dē). *Music.* The second part in a concert piece, especially the lower part in a piano duet. [Italian, from Latin *secundus,* second, following. See **sek**[w]-[1] in Appendix.]
**second person** *n. Grammar.* The form of a pronoun or verb used in referring to the person addressed, as *you* and *shall* in *You shall not enter.*
**sec•ond-rate** (sĕk′ənd-rāt′) *adj.* Of inferior or mediocre quality or value. —**sec′ond-rate′ness** *n.* —**sec′ond-rat′er** *n.*
**second sight** *n.* Clairvoyance.
**sec•ond-sto•ry man** (sĕk′ənd-stôr′ē, -stōr′ē) *n. Informal.* A burglar adept at entering through upstairs windows.
**sec•ond-strike** (sĕk′ənd-strīk′) *adj.* Of, relating to, or constituting a nuclear-weapons force able to withstand nuclear attack and therefore capable of delivering a retaliatory attack.
**sec•ond-string** (sĕk′ənd-strĭng′) *adj.* Of, relating to, or being a substitute, as on a sports team. —**sec′ond-string′er** *n.*
**second thought** *n.* A reconsideration of a decision or opinion previously made.
**second wind** (wĭnd) *n.* **1.** The return of relative ease of breathing after the initial exhaustion that occurs during continued physical exertion. **2.** Restored energy or strength.
**Second World** *n.* The Communist nations of the world, especially as an economic and political bloc.
**Second World War** *n.* World War II.
**se•cre•cy** (sē′krĭ-sē) *n., pl.* **-cies. 1.** The quality or condition of being secret or hidden; concealment. **2.** The ability or habit of keeping secrets; closeness. [Alteration of Middle English *secretee,* from *secret,* secret. See SECRET.]
**se•cret** (sē′krĭt) *adj.* **1.** Kept hidden from knowledge or view; concealed. **2.** Dependably discreet. **3.** Operating in a hidden or confidential manner: *a secret agent.* **4.** Not expressed; inward: *their secret thoughts.* **5.** Not frequented; secluded: *wandered about the secret byways of Paris.* **6.** Known or shared only by the initiated: *secret rites.* **7.** Beyond ordinary understanding; mysterious. **8.** Containing information, the unauthorized disclosure of which poses a grave threat to national security. —**secret** *n.* **1.** Something kept hidden from others or known only to oneself or a few. **2.** Something that remains beyond understanding or explanation; a mystery. **3.** A method or formula on which success is based: *The secret of this dish is in the sauce.* **4.** Secret. A variable prayer said after the Offertory and before the Preface of the Mass. [Middle English, from Old French, from Latin *sēcrētus,* from past participle of *sēcernere,* to set aside : *sē-,* apart; see s(w)e- in Appendix + *cernere,* to separate; see krei- in Appendix.] —**se′cret•ly** *adv.*

**SYNONYMS:** *secret, stealthy, covert, clandestine, furtive, surreptitious, underhand.* These adjectives mean deliberately hidden from view or knowledge. *Secret* is the most general: *a desk for a secret compartment; a secret marriage; secret negotiations.* *Stealthy* suggests quiet, cautious deceptiveness intended to escape notice: *heard stealthy footsteps on the stairs. Covert* describes something that is not overt but is concealed or disguised: *She protested covert actions undertaken by the CIA. Clandestine* implies stealth and secrecy for the concealment of an often illicit or improper purpose: *a clandestine tryst; clandestine intelligence operations. Furtive* suggests the slyness, shiftiness, and evasiveness of a thief: *a menacing and furtive look to his eye. Something surreptitious* is stealthy, furtive, and often unseemly or unethical: *took a surreptitious glance at his watch; the surreptitious mobilization of troops in preparation for a sneak attack. Underhand* implies unfairness, deceit, fraud, or slyness as well as secrecy: *achieved success in business only by resorting to underhanded methods.*

**se•cre•ta** (sĭ-krē′tə) *pl.n.* Substances secreted by a cell, tissue, or an organ; the products of secretion. [Latin *sēcrēta,* pl. past participle of *sēcernere,* to set aside. See SECRET.]
**se•cre•ta•gogue** (sĭ-krē′tə-gŏg′, -gôg′) *n.* A hormone or another agent that causes or stimulates secretion. [SECRETE + -AGOGUE.]
**sec•re•tar•i•at** (sĕk′rĭ-târ′ē-ĭt) *n.* **1.a.** The department administered by a governmental secretary, especially for an international organization. **b.** The office occupied by such a department. **2.** The office or position of a governmental secretary. [French *secrétariat,* from Old French, from Medieval Latin *sēcrētāriātus,* from *sēcrētārius,* secretary. See SECRETARY.]
**sec•re•tar•y** (sĕk′rĭ-tĕr′ē) *n., pl.* **-ies.** *Abbr.* **sec., secy.** **1.** A person employed to handle correspondence, keep files, and do clerical work for another person or an organization. **2.** An assistant who keeps records, takes minutes of the meetings, and handles correspondence, as for a company. **3.** An official who