UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIMON GLIK,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CUNNIFFE, PETER J. SAVALIS and JEROME HALL-BREWSTER, in their individual capacities, and the CITY OF BOSTON,<br><br>Defendants. | Civil Action No. 1:10-cv-10150-WGY |

### PLAINTIFF'S ASSENTED-TO MOTION FOR ADDITIONAL TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff moves the Court to extend Plaintiff's deadline for filing an opposition to Defendants' motion to dismiss from May 6, 2010, to May 14, 2010. The date for any reply would be adjusted correspondingly, from May 13, 2010, to May 21, 2010. As reasons therefor, Plaintiff states as follows:

1. Plaintiff filed the complaint on February 1, 2010.

2. On March 31, 2010, the Court allowed Defendants' assented-to motion to extend to April 23, 2010, their time to respond to the Complaint.

3. On April 22, 2010, Defendants filed a motion to dismiss the complaint, which alleges four counts, in its entirety.

4. Plaintiff's counsel has been occupied with other matters. The brief enlargement of time is necessary and will be sufficient for Plaintiff to fully respond to Defendants'

1

arguments.

5. Defendants have assented to the instant motion.

6. The instant motion does not seek a continuance of the motion hearing, currently set for June 8, 2010. Unless the Court desires such a continuance, allowing the instant motion will not affect this date.

WHEREFOR, Plaintiffs request that the Court allow the instant motion and extend Plaintiff's time to file an opposition to Defendants' motion to dismiss to May 14, 2010, and Defendants' time to file a reply to May 21, 2010.

RESPECTFULLY SUBMITTED,
For the Plaintiff,
By his attorneys,

/s/ Howard Friedman
Howard Friedman, BBO #180080
**Law Offices of Howard Friedman PC**
90 Canal Street, Fifth Floor
Boston, MA 02114-2022
(617) 742-4100
hfriedman@civil-rights-law.com

/s/ David Milton
David Milton, BBO #668908
**Law Offices of Howard Friedman PC**
90 Canal Street, Fifth Floor
Boston, MA 02114-2022
(617) 742-4100
dmilton@civil-rights-law.com

/s/ Sarah Wunsch
Sarah Wunsch, BBO # 548767
**American Civil Liberties Union of Massachusetts**
211 Congress Street, 3rd floor
Boston, MA 02110
(617) 482-3170, ext. 323
swunsch@aclum.org

Dated: April 30, 2010

### Local Rule 7.1 Certificate

I certify that I have conferred with defense counsel and that Defendants have assented to the instant motion.

Date: April 30, 2010     /s/ David Milton
                         David Milton

### Certificate of Service

I certify that on this day a true copy of the above document was served upon the attorney of record for each party via ECF.

Date: April 30, 2010     /s/ David Milton
                         David Milton