# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 10-10150 WGY

SIMON GLIK,
                    Plaintiff

v.

JOHN CUNNIFFE, PETER J. SAVALIS and
JEROME HALL-BREWSTER, in their
individual capacities, and the CITY OF
BOSTON,
                    Defendants.

## DEFENDANTS, CITY OF BOSTON, JOHN CUNNIFFE, PETER J. SAVALIS, AND JEROME HALL-BREWSTER'S ASSENTED-TO MOTION TO ENLARGE TIME TO FILE ANSWER PURSUANT TO FED.R.CIV.P. 6(B)

Pursuant to Fed. R. Civ. P. 6(b), Defendants, City of Boston, John Cunniffe, Peter J. Savalis, and Jerome Hall-Brewster ("Defendants") hereby move this Honorable Court to grant an extension of time, up to and including July 8, 2010, to file an answer in the above-captioned matter. As grounds for this motion, Defendants state as follows:

1.    On February 1, 2010, the Plaintiff, Simon Glik, filed this lawsuit pursuant to 42 U.S.C. § 1983 against the City of Boston, John Cunniffe, Peter J. Savalis, and Jerome Hall-Brewster.

2.    On June 8, 2010, the Court denied the Defendants' Motion to Dismiss.

3.    There are four defendants, each requiring a separate answer to the Complaint.

4.    Allowing this motion will not prejudice any party to the action. In fact, allowing the requested extension will further the interests of justice.

WHEREFORE, Defendants, City of Boston, John Cunniffe, Peter J. Savalis, and Jerome Hall-Brewster respectfully request that this Honorable Court allow their motion to extend time to

file an answer, and set the date for filing of an answer for

July 8, 2010.


**In Assent,**                                  Respectfully submitted,

PLAINTIFF, SIMON GLIK                           DEFENDANTS, CITY OF BOSTON, JOHN
By his attorney:                                CUNNIFFE, PETER J. SAVALIS, AND JEROME
                                                HALL-BREWTER

                                                William F. Sinnott,
                                                Corporation Counsel

                                                By their attorneys,


/s/ David Milton                                /s/ Ian D. Prior
Howard Friedman                                 Lisa A. Skehill, BBO # 675344
Law Offices of Howard Friedman, PC              Ian D. Prior, BBO # 655704
90 Canal Street, 5th Floor                      Assistant Corporation Counsel
Boston, MA 02114                                City of Boston Law Department
                                                1 City Hall Plaza, Room 615
                                                Boston, MA 02201
                                                (617) 635-4022 (Skehill)
                                                (617) 635-4017 (Prior)


## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of this document filed through the CM/ECF system will
be sent electronically to the registered participants as identified on the Notice of Electronic Filing
and paper copies will be sent to those indicated as non-registered participants.


6/18/10   /s/Ian D. Prior
Date      Ian D. Prior

## **7.1 Certification**

Undersigned counsel certifies that on June 11, 2010, pursuant to LR, D. Mass. 7.1(a)(2), counsel for the Defendants, Lisa Skehill, spoke with counsel for the Plaintiff who assented to the allowance of the foregoing motion.


Date:   June 18, 2010                              /s/ Ian D. Prior