# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SIMON GLIK,
    Plaintiff,

v.

JOHN CUNNIFFE, et al.,
    Defendants.

Civil Action No. 1:10-cv-10150-WGY

## JOINT CASE MANAGEMENT PROPOSAL

Pursuant to this Court's June 8, 2010 order, the parties submit this Joint Case Management Proposal and respectfully request that it be approved by the Court:

### I. Joint Discovery Plan

**A. Proposed discovery and motion schedule**

| | |
|---|---|
| Rule 26(a) disclosures served by | July 15, 2010 |
| Initial written discovery served by | September 17, 2010 |
| Discovery completed by | January 14, 2011 |
| Summary judgment motions, if any, filed by | March 4, 2011 |
| Opposition to summary judgment filed by | April 1, 2011 |
| Replies, if any, filed by | April 15, 2010 |
| Final pretrial conference | May 2, 2011, 2 p.m. |
| Case on running trial list | June 6, 2011 |

**B. Conformity to limitations on discovery**

The parties do not anticipate the need to exceed the discovery limitations in Federal Rule 26(b) or Local Rule 26.1(c).

### C. Phased discovery

The parties have considered phased discovery and do not believe it would be beneficial in this case.

## II. Trial by Magistrate Judge

The parties all consent to proceed before a Magistrate Judge for all purposes. The parties are submitting the consent form to the Court's clerk.

## III. Certifications

Plaintiff and Defendants will separately file their certifications as required by L.R. 16.1 on or before June 22, 2010.

## IV. Settlement

The parties have discussed settlement and do not believe the case is ripe for mediation at this time.

RESPECTFULLY SUBMITTED,
For the plaintiffs,

/s/ David Milton
Howard Friedman, BBO #180080
David Milton, BBO #668908
Law Offices of Howard Friedman, P.C.
90 Canal Street, Fifth floor
Boston, MA 02114-2022
617-742-4100
hfriedman@civil-rights-law.com
dmilton@civil-rights-law.com

/s/ Sarah Wunsch
Sarah Wunsch, BBO # 548767
**American Civil Liberties Union of Massachusetts**
211 Congress Street, 3rd floor
Boston, MA 02110
(617) 482-3170, ext. 323
swunsch@aclum.org


For Defendants,

/s Ian D. Prior
Lisa A. Skehill, BBO #675344
Ian D. Prior, BBO #655704
City Of Boston Law Department
One City Hall Plaza
Room 615
Boston, MA 02201
617-635-4017
lisa.skehill@cityofboston.gov
ian.prior@cityofboston.gov

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.


Date:    June 22, 2010     */s/ David Milton*
                                                    David Milton