UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIMON GLIK, | ) |
| Plaintiff, | ) Civil Action No. 10-10150-WGY |
| v. | ) |
| JOHN CUNNIFFE, et al. | ) |
| Defendants. | ) |

## L.R. 16.1(D)(3) CERTIFICATE OF PLAINTIFF SIMON GLIK

I, Simon Glik, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of the above litigation. In addition, we have conferred regarding resolution of this case through alternative dispute resolution.

Date: June 22, 2010

/s/ Simon Glik
Simon Glik


I, David Milton, hereby certify that I have complied with the requirements of L.R. 16.1 (D)(3).

/s/ David Milton
David Milton

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above
document to be served upon the attorney of record
for all parties via CM/ECF.


Date: June 22, 2010        /s/ *Howard Friedman*
                           Howard Friedman