UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10150 WGY

SIMON GLIK,
        Plaintiff

v.

JOHN CUNNIFFE, PETER J. SAVALIS and JEROME HALL-BREWSTER, in their individual capacities, and the CITY OF BOSTON,
Defendants.

CERTIFICATE OF COUNSEL FOR DEFENDANTS CITY OF BOSTON, JOHN CUNNIFFE, PETER SAVALIS AND JEROME HALL-BREWSTER

Pursuant to L.R. 16(D)(3), Counsel for the Defendants, City of Boston, Sergeant John Cunniffe, Officer Peter Savalis, and Officer Jermone Hall-Brewster, hereby certifies that I have conferred with the Defendants' authorized representative:

(a)    with a view to a budget for the litigation, from beginning to end, considering the costs of alternative courses towards resolution; and

(b)    the possible resolution of the dispute through ADR mechanisms such as those suggested in L.R. 16.4.

        Respectfully submitted,
        DEFENDANTS, CITY OF BOSTON,
        JOHN CUNNIFFE, PETER J. SAVALIS,
        AND JEROME HALL-BREWTER

        William F. Sinnott
        Corporation Counsel

        /s/ Ian D. Prior _____
        Ian D. Prior, BBO No. 655704
        Assistant Corporation Counsel
        City of Boston Law Department
        Room 615, City Hall
        Boston, MA 02201
        (617) 635-4017

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.


6/22/10  /s/Ian D. Prior
Date     Ian D. Prior