UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10150 WGY

SIMON GLIK,
        Plaintiff

v.

JOHN CUNNIFFE, PETER J. SAVALIS and JEROME HALL-BREWSTER, in their individual capacities, and the CITY OF BOSTON,
        Defendants.

## NOTICE OF APPEAL

Notice is hereby given that the City of Boston, John Cunniffe, Peter Savalis, and Jerome Hall-Brewster, defendants in the above named case ("Defendants"), hereby appeal to the United States Court of Appeals for the First Circuit from the June 9, 2010 denial by honorable Judge William G. Young ("Court") of the Defendants' Motion to Dismiss, which was based in part on the defense of qualified immunity. The Defendants appeal the Court's denial of the motion to dismiss the following of the Plaintiff's claims: Count I (42 U.S.C. §1983 against Defendants Cunniffe, Savalis, and Hall-Brewster); Count II (M.G.L. c. 12, § 11I against Defendants Cunniffe, Savalis, and Hall-Brewster); Count III (malicious prosecution against Defendants Cunniffe, Savalis, and Hall-Brewster) and Count IV (42 U.S.C. §1983 against Defendant City of Boston).This appeal is brought pursuant to Fed.R.App.P. 4.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON,
JOHN CUNNIFFE, PETER J. SAVALIS,
AND JEROME HALL-BREWTER

William F. Sinnott,
Corporation Counsel

By their attorneys,


/s/ Ian D. Prior_____
Ian D. Prior, BBO # 655704
Lisa A. Skehill, BBO # 675344
Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4017 (Prior)
(617) 635-4022 (Skehill)

Date: June 23, 2010




**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.



6/23/10   /s/Ian D. Prior__

Date        Ian D. Prior