# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Simon Glik v. John Cunniffe, et al

District Court Number: 10-cv-10150

Fee: Paid? Yes ____ No __X__   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No __X__ | Sealed documents | Yes ____ No __X__ |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No __X__ | Transcripts | Yes ____ No __X__ |
| *If yes, document #* | | *If yes, document #* | |

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from: Order dated 6/8/2010

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order dated 6/8/2010

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __22__, filed on __6/23/2010__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __6/23/2010__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**