**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 10-10150 WGY**

**SIMON GLIK,**
                    **Plaintiff**

**v.**

**JOHN CUNNIFFE, PETER J. SAVALIS and
JEROME HALL-BREWSTER, in their
individual capacities, and the CITY OF
BOSTON,**
                    **Defendants.**

## DEFENDANTS', CITY OF BOSTON, JOHN CUNNIFFE, PETER J. SAVALIS, AND JEROME HALL-BREWSTER'S MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL

Now come the Defendants, City of Boston, John Cunniffe, Peter J. Savalis, and Jerome Hall-Brewster ("Defendants") and hereby move this Honorable Court to grant an order staying proceedings in the District Court pending the Defendants' appeal from the Court's June 8, 2010 denial of their Motion to Dismiss.  In support of this motion, the Defendants state that they are appealing the Court's decision on the basis of qualified immunity.  As such, they are entitled to an immediate appeal.  See Rivera-Ramos v. Roman, 156 F.3d 276, 279 (1st Cir. 1998).  Furthermore, because qualified immunity is not merely immunity from liability but rather immunity from suit, until the question is fully resolved, "discovery should not be allowed." Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982).

WHEREFORE, the Defendants respectfully request that the Court stay the proceedings pending the resolution of the appeal.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON, JOHN
CUNNIFFE, PETER J. SAVALIS, AND JEROME
HALL-BREWTER

William F. Sinnott,
Corporation Counsel

By their attorneys,


/s/ Ian D. Prior_____
Ian D. Prior, BBO # 655704
Lisa A. Skehill, BBO # 675344
Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4017 (Prior)
(617) 635-4022 (Skehill)


## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of this document filed through the CM/ECF system will
be sent electronically to the registered participants as identified on the Notice of Electronic Filing
and paper copies will be sent to those indicated as non-registered participants.


6/28/10  /s/Ian D. Prior___
Date     Ian D. Prior

2

## **7.1 Certification**

Undersigned counsel certifies that on June 21, 2010, pursuant to LR, D. Mass. 7.1(a)(2), counsel for the Defendants, Ian Prior, spoke with counsel for the Plaintiff in an attempt to agree to a stay without resorting to a motion. Counsel was not able to come to a satisfactory result, making this motion necessary.

Date:   June 28, 2010                                    /s/ Ian D. Prior