UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10150 LTS

SIMON GLIK,
        Plaintiff

v.

JOHN CUNNIFFE, PETER J. SAVALIS
and JEROME HALL-BREWSTER, in their
individual capacities, and the CITY OF
BOSTON,
        Defendants.

## JOINT STIPULATION OF THE PARTIES REGARDING PROTECTIVE ORDER

        Pursuant to Rule 26 of the Federal Rules of Civil Procedure, all parties to this action, by and through their respective counsel, hereby stipulate that they have agreed to the terms of the Protective Order attached hereto as Exhibit A, and they hereby submit said Protective Order to the Court for endorsement and docketing.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DEFENDANTS, CITY OF BOSTON, JOHN CUNNIFFE, PETER SAVALIS, and JEROME HALL-BREWSTER, | PLAINTIFF, SIMON GLIK, |
| Corporation Counsel, William F. Sinnott | |
| By their attorney: | By his attorney: |
| /s/ Ian D. Prior<br>Ian D. Prior, BBO #655704<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4017 | /s/ David Milton<br>David Milton, BBO #668908<br>Law Offices of Howard Friedman<br>90 Canal Street, 5th Floor<br>Boston, MA 02114<br>(617) 742-4100 |

## CERTIFICATE OF SERVICE

       I hereby certify that on August 23, 2010, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                       /s/ Ian D. Prior
                                       Ian D. Prior