UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIMON GLIK, <br><br> Plaintiff, <br><br> v. <br><br> JOHN CUNNIFFE, PETER J. SAVALIS and JEROME HALL-BREWSTER, in their individual capacities, and the CITY OF BOSTON, <br><br> Defendants. | Civil Action No. 1:10-cv-10150-LTS |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANT CITY OF BOSTON**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Rule 37.1 of the Local Rules of the District of Massachusetts, Plaintiff moves this Court for an order overruling Defendant City of Boston's objections to Plaintiff's Request for Production of all materials related to Plaintiff's internal affairs complaint about the incident at issue in this lawsuit, (Plaintiff's Request for Production No. 5), and compelling the City to produce all materials responsive to the request within seven (7) days of such order.

In support of this Motion, Plaintiff relies on Plaintiff's Memorandum of Law and on the Declaration of David Milton and the exhibits attached thereto.

**WHEREFORE**, Plaintiff requests that the Court enter an order (1) overruling Defendant City of Boston's objections to Plaintiff's Requests for Production of Document No. 5, and (2) directing Defendant to produce the requested materials within seven (7) days of such order.

RESPECTFULLY SUBMITTED,

For Plaintiff,

/s/ David Milton
Howard Friedman, BBO #180080
David Milton, BBO #668908
**Law Offices of Howard Friedman, P.C.**
90 Canal Street, Fifth floor
Boston, MA 02114-2022
T (617) 742-4100
F (617) 742-5858
hfriedman@civil-rights-law.com
dmilton@civil-rights-law.com


/s/ Sarah Wunsch
Sarah Wunsch, BBO # 548767
**American Civil Liberties Union of Massachusetts**
211 Congress Street, 3rd floor
Boston, MA 02110
(617) 482-3170, ext. 323
swunsch@aclum.org


Dated: December 10, 2010


### CERTIFICATE PURSUANT TO LOCAL RULES 7.1 & 37.1, AND FEDERAL RULE 37(a)

I certify that prior to filing this motion I conferred with counsel for Defendant in a good faith effort to resolve or narrow the issues raised herein, and further certify that I complied with the provisions of Local Rule 37.1. The conferences between counsel are described more fully in the memorandum of law.

Date:  December 10, 2010        /s/ David Milton
                                David Milton

### CERTIFICATE OF SERVICE

I certify that on this day a true copy of the above document was served upon the attorney of record for each party via ECF.


Date: Decmeber 10, 2010         /s/ David Milton
                                David Milton

2