Simon Glik
26 Bellevue St. # 10., West Roxbury, MA 02132
6175138165

April 9, 2008

Legal Department
Boston Police Headquarters
One Schroeder Plaza
Boston, MA 02120-2014

RECORDS REQUEST

Dear Records Request Officer:

Pursuant to the state open records act, I request access to and copies of all documents regarding the complaint made by me to the Internal Investigation Unit/Internal Affairs division. The complaint stemmed from my arrest on October 1, 2007 by Boston Police and subsequent prosecution in Boston Municipal Court (Commonwealth v. Glik, 07 6687). I request access to and copies of all documents related to my interview with Sergeant Marwan Moss and Sergeant Christopher Cunniff, including any and all reports drafted by them with regard to my case.

I agree to pay reasonable duplication fees for the processing of this request.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act.

Thank you for your assistance.

Sincerely,


Simon Glik



One Schroeder Plaza, Boston, MA 02120-2014

April 22, 2008

Simon Glik, Esq.
26 Bellevue St. #10
West Roxbury, MA  02132

Re:    **Public Records Request**

Dear Attorney Glik:

        You have requested documentation that is potentially in the possession, custody
or control of the Boston Police Department under the Massachusetts Public Records Law
(M. G. L. Chapter 66, Section 10).  Specifically, you requested copies of all documents
related to your October 1, 2007 arrest.

        Please find this documentation, in its entirety, enclosed.  As the documents do not
exceed ten pages, you have not incurred a fee.

        If you have any further requests, please do not hesitate to contact this office again.
Thank you.

                                        Sincerely,

                                        Shara Bedard
                                        Paralegal
                                        Office of the Legal Advisor
                                        617-343-4550

2

-----Original Message-----
From: noreply@ci.boston.ma.us [mailto:noreply@ci.boston.ma.us]
Sent: Thursday, November 01, 2007 10:34 AM
To: Internal Affairs; Fong, Kenneth; Hayes, Mark
Subject: WWW / Internal Affairs Complaint Form
Importance: High

This message was sent from the Boston Police Department's Internal Affairs
Complaint Form

----------Beginning of Message----------

DATE/TIME:11/1/2007 10:33:40 AM

Date of Incident:10/01/07

Time:5:30 pm

Contact Person:Simon Glik

E-mail:simon _glik@yahoo.com

Telephone:6175138165

Address:26 Bellevue St. # 10, West Rox

Location of Incident:170 Tremont St

Officer Name(s):

Badge Number(s):

Nature of Incident:
FACTS:

On October 1, 2007, I was walking down Tremont Street on the Boston Common
side, between Park Street and Boylston T-stations. I observed three bicycle Boston
Police officers arresting a black teenager, choking and punching him in the face.

After I witnessed the incident and tried to record it on the cellphone camera I was
arrested. Further, I was harassed at the police station.

I was subsequently charged with unlawful recording without permission (MGL c. 272,
§ 99), disorderly conduct and aiding and abetting to an escape.

I was falsely arrested on trumped up charges in order to be discredited and shift the
focus from the officers' actions to mine. I was harassed at the station and my
livelihood as an attorney has been placed in jeopardy.

Thank you for your attention,

**3**

Sincerely,

Simon Glik, Esq.


----------End of Message----------

Contact I.S.G. if you have trouble receiving this message.



**Edward F Davis, Police Commissioner**

## INCIDENT REPORT

| ORIGINAL | | | | | STATUS: APPROVED |
|---|---|---|---|---|---|

| KEY SITUATIONS | COMPLAINT NO. | RPT DIST. | CAD RA | RPT RA | CLEAR. DIST. |
|---|---|---|---|---|---|
| DRUGS | 070549700 | A1 | 111 | 111 | A1 |

| UCR INCIDENT DESCRIPTION | UCR FINAL INCIDENT DESCRIPTION | STATUS | | DATE OCCURRED FROM | DATE OCCURRED TO |
|---|---|---|---|---|---|
| DISORDERLY PERSON | DISORDERLY PERSON | Cleared By Arrest | | 10/01/2007 | |

| LOCATION OF INCIDENT | | APT | DISPATCH TIME | TIME OCCURRED FROM | TIME OCCURRED TO |
|---|---|---|---|---|---|
| 170 TREMONT ST | | | 08:35 PM | 05:30 PM | |

| NEIGHBORHOOD | TYPE OF BUILDING | PLACE OF ENTRY | WEATHER | LIGHTING |
|---|---|---|---|---|
| FINANCIAL DIST./CHINATOWN / BAY VILLAGE / X-ING | PARKS & RECREATION AREAS | N/A | SUNNY - DAY | OUTSIDE - DAY |

| TYPE OF WEAPON-TOOL | SUSPECT MODE OF TRANSPORTATION | VICTIM'S ACTIVITY | | SUSPECT RELATIONSHIP TO VICTIM |
|---|---|---|---|---|
| CELL PHONE | FOOT | WORKING | | NONE |

**UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR**
SUSPECT INTERFERED WITH AND RECORDED OFFICERS WITH AUDIO AND VIDEO WHILE ATTEMPTED TO ARREST ANOTHER SUSPECT FOR DRUGS.

**PERSONS**

| 1 TYPE | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| VICTIM | COMM OF MA | 0 | | |

| ALIAS | ADDRESS | GENDER | RACE | DOB | AGE |
|---|---|---|---|---|---|
| | | | | | 0 |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| | | | | |

| OCCUPATION | MARITAL STATUS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|
| | | (000)-000-0000 | (000)-000-0000 |

| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) |
|---|
| |

**PERSONS**

| 2 TYPE | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| OFFENDER | GLIK, SIMON M. | 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 | 20070299506 | |

| ALIAS | ADDRESS | GENDER | RACE | DOB | AGE |
|---|---|---|---|---|---|
| | 26 BELLEVUE ST 10, W ROXBURY MA 00000-0000 | MALE | WHITE NON-HISPANIC | 12/05/1976 | 30 |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| 6-05 | 190 | SLIM | DARK BROWN | BROWN |

| OCCUPATION | MARITAL STATUS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|
| | | | |

| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) |
|---|
| |

**PROPERTY**

| STATUS | TYPE OF PROPERTY | SERIAL | BRAND NAME - DESCRIPTION | MODEL | VALUE |
|---|---|---|---|---|---|
| SEIZED | CELLULAR PHONE | 611KPXV2938754 | LG - VERIZON | VX8300 | $0.00 |

**NARRATIVE AND ADDITIONAL INFORMATION:**

ABOUT 1730 THE AREA A-1 SAFE STREET TEAM SGT. CUNNIFFE A902, P.O. SAVALIS A691F, AND P.O. HALL-BREWSTER A698F WHILE ATTEMPTING TO ARREST A SUSPECT FOR DRUGS AT 170 TREMONT STREET WHERE INTERFERED WITH BY SUSPECT SIMON GLIK.

AREA A-1 SAFE STREET TEAM WHILE STRUGGLING WITH A SUSPECT DURING AN ARREST FOR DRUGS(REFER TO C.C.#070549577) OBSERVED SUSPECT SIMON GLIK APPROACH OFFICERS. SUSPECT SIMON GLIK REACHED OUT AND PLACED HIS ARM INTO THE OFFICERS WAY AND HELD OUT A CELL PHONE. OFFICERS WHERE DISTRACTED BY SIMON GLIK AND LOST CONTROL OF 2ND SUSPECT AND HAD TO REGAIN CONTROL OF 2ND SUSPECT. SUSPECT SIMON GLIK THEN CONTINUED TO WALK AROUND OFFICERS AND CONTINUED AIDING IN SUSPECT #2'S ESCAPE. AFTER A BRIEF STRUGGLE OFFICERS PLACED SUSPECT #2 UNDER ARREST. SUSPECT SIMON GLIK THEN STATED THAT HE WAS RECORDING OFFICER ON HIS CELL PHONE. OFFICERS ASKED SUSPECT SIMON GLIK IF HE WAS USING AUDIO AND VIDEO AND SUSPECT SIMON GLIK STATED "I SURE AM USING AUDIO". SUSPECT SIMON GLIK WAS THEN PLACED UNDER ARREST FOR UNLAWFUL ELECTRONIC RECORDING(UNLAWFUL AUDIO RECORDING WITHOUT PERMISSION), AIDING ESCAPE FROM POLICE OFFICER, AND BREACH OF THE PEACE. SUSPECT WAS TRANSPORTED TO AREA C-6 FOR BOOKING. OFFICERS SEIZED SUSPECT'S VERIZON LG CELL PHONE AS EVIDENCE AND TURNED IT INTO DUTY SUPERVISOR TO HELD IN THE PROPERTY ROOM.

| UNIT ASSIGNED | SHIFT | REPORTING OFFICER'S NAME | REPORTING OFFICER'S ID | PARTNER'S ID |
|---|---|---|---|---|
| A691F | 3 | PETER J. SAVALIS | 10969 | 9475 |



## Boston Police Department
## Arrest Booking Form

Report Date: 04/14/2008 12:42
Booking Status: Verified
Printed By: JETTE, Shara

District: 01        UCR Code:
Court of Appearance: Boston Municipal Court
Master Name: GLIK, Simon M        Age: 30
Location of Arrest: 170 Tremont St, Boston



Booking Name: GLIK, Simon M
Alias:
Address: 26 Bellevue St, W ROXBURY MA US

Charges:
Unlawful audio recording without permission
Intimidation of a witness

Booking #: 07-02995-06          Incident #: 070549700          CR Number: 005651-07
Booking Date: 10/01/2007 17:46   Arrest Date: 10/01/2007 17:37   RA Number:

| | | |
|---|---|---|
| Sex: Male | Height: 6'05 | Occupation: Unemployed |
| Race: White Non-Hispanic | Weight: 190        lbs | Employer/School: |
| Date of Birth: 12/05/1976 | Build: Slim | Emp/School Addr: MA US |
| Place of Birth: RU | Eyes Color: Brown | Social Sec. Number: 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 |
| Marital Status: Married | Hair Color: Dk Brown | Operators License: |
| Mother's Name: BEYGELMAN, Yudif | Complexion: Medium | State: MA |
| Father's Name: GLIK, Michael | | |

Phone Used: Yes        Scars/Marks/Tattoos:
Examined at Hospital: No        Clothing Desc: white shirt, black pants
Breathalyzer Used: No
Examined by EMS: No

| | | | |
|---|---|---|---|
| Arresting Officer: BPD | 10969 | Savalis, Peter | Cell Number: 1 |
| Booking Officer: BPD | 08646 | Parolin, Barbara E. | Partner's #: |
| Informed of Rights: BPD | 08646 | Parolin, Barbara E. | Unit #: A691F |
| Placed in Cell By: BPD | 08646 | Parolin, Barbara E. | Trans Unit #: A112F |
| Searched By: BPD | 11182 | Sanders Jr., Paul T | |

Cautions:        Booking Comments:        Visible Injuries:
                                           none

### JUVENILE INFORMATION
Person Notified:        Relationship:        Phone:
Address:        Juv. Prob. Officer:
Notified By:        Notified Date/Time:

Bail Set By:        I Selected the Bail Comm.
Bailed By:
Amount:                Signature of Prisoner

| BOP Check: | BPD | 08646 | Parolin, Barbara E. |
|---|---|---|---|
| Suicide Check: | | | |
| BOP Warrant: | | | |
| BOP Court: | | | |

Signature of Duty Supervisor

6

| SPECIAL UNITS NOTIFIED(REPORTING) | | | |
|---|---|---|---|
| DATE OF REPORT | TIME COMPLETED | APPROVING SUPERVISOR NAME | APPROVING SUPERVISOR ID |
| 10/01/2007 | 08:38 PM | JOHN F MCBRIEN | 10563 |



Simon Glik
26 Bellevue St. # 10., West Roxbury, MA 02132
6175138165

April 30, 2008

Office of the Legal Advisor
One Schroeder Plaza
Boston, MA 02120-2014

Re: Follow up to Record Request made on April 9, 2008.

Dear Ms. Bedard:

I have received your response to my request for access to the documents related to the Internal Affairs investigation of my complaint. In particular, I requested documents regarding "my interview with Sergeant Marwan Moss and Sergeant Christopher Cunniff, including any and all reports drafted by them with regard to my case."

I also asked to for you to justify all deletions or omissions by reference to specific exemptions of the act.

Your respond failed to include any of the aforementioned documents. Therefore, I again ask you to provide me with documents that relate to the Internal Investigation of my complaint. If none has been made, I would like for the Office of Legal Advisor to categorically state so.

Of course, I agree to pay reasonable duplication fees for the processing of this request.


Thank you for your assistance.

Sincerely,


Simon Glik



*D E P A R T M E N T*                    One Schroeder Plaza, Boston, MA 02120-2014

May 7, 2008

Simon Glik
26 Bellevue Street #10
West Roxbury, MA  02132

**Re:  Follow up to Record Request made on April 9, 2008**

Dear Mr. Glik:

You have requested documents potentially in the possession, custody or control of the Boston Police Department under the Massachusetts Public Records Law (M. G. L. Chapter 66, Section 10).  Specifically, you asked for a copy of the audiotape containing your interview with Sgt. Marwan moss and Sgt. Christopher Cunnif, as well as any and all reports drafted by them with regard to your case.

It has come to our attention that there is in fact an audiotape of this interview. The only other documentation filed by these two Sargeants is the letter that was provided to you on April 22, 2008.  This tape is available to you upon receipt of payment by check payable to the City of Boston for **$10.00**\*. Upon receipt of payment, we will send the tape to you immediately.

If you have any questions, please do not hesitate to call me.  Thank you.

Sincerely,
Office of the Legal Advisor
617-343-4550

9