# Law Offices of Howard Friedman, P.C.

90 Canal Street, 5th Floor
Boston, MA 02114-2022

Telephone
617-742-4100

Fax
617-742-5858

Howard Friedman
David Milton

October 26, 2010

Ian Prior, Esq.
City of Boston Law Dept.
Boston City Hall, Room 615
Boston MA 02201

**Re: Glik v. Cunniffe et al., Civ. Action No. 10-10150 LTS**

Dear Ian,

I am writing to memorialize our discussions and agreements today regarding discovery.

Pursuant to our agreement, I am returning the document marked Bates 13, which Defendant produced pursuant to Request No. 11 of Plaintiff's First Set of Requests for Production of Documents to the City of Boston. In exchange, the City of Boston has agreed not to oppose Plaintiff's motion for an order requiring production of the incident reports of anyone charged under the wiretap statute since July 1, 2001, and the Lino Cook materials described in Request No. 3. I have enclosed Plaintiff's Second Request for Production of Documents from the City of Boston, which formally requests the incident reports concerning the wiretap statute.

Upon the Court's granting of the order, the City agrees to re-produce Bates 13, the incident reports concerning the wiretap statute, and the requested materials concerning Lino Cook.

Regarding Plaintiff's other document requests, the City agreed to the following:

**Requests Nos. 1, 2, and 4:** The City will produce the requested materials by November 5, 2010.

**Request No. 5:** The City withdraws its objection to producing documents from Plaintiff's internal affairs complaint on the ground that the investigation is ongoing. By November 5, 2010, the City will identify all responsive documents

and either produce them or provide a privilege log identifying with particularity any materials being withheld and the privilege or other basis for withholding.

**Request No. 6:** The City objects on relevance grounds to producing any complaints pertaining to photography without sound, and objects on the grounds that it would be too burdensome to search for responsive complaints pertaining to video and/or sound recording. You stated that the Police Department does not have the capacity to search the contents of particular complaints, even those complaints that have been maintained electronically.

You represented that for this reason, the City is not currently searching and has not searched for responsive complaints.

**Request No. 10:** The City maintains its objection to producing any materials other than those pertaining to alleged violations of an individual's right to record police activity.

**Interrogatories:** You stated that you are awaiting signatures for these. The additional time we allowed for you to respond to these has passed.

Please give me a call if anything above is inaccurate. Thank you for your attention to these matters.

Sincerely,

David Milton

Encl.