UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10150 WGY

SIMON GLIK,
      Plaintiff

v.

JOHN CUNNIFFE, PETER J. SAVALIS and
JEROME HALL-BREWSTER, in their
individual capacities, and the CITY OF
BOSTON,
      Defendants.

## PRIVILEGE LOG ASSOCIATED WITH DEFENDANT CITY OF BOSTON'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

| Date of Document | Description | Subject matter | Category of Privilege |
|---|---|---|---|
| 5/18/2010 | MP3 of IAD Interview of Officer Peter Savalis | E2010-014 | Investigatory Privilege |
| 11/10/2010 | MP3 of IAD Interview of Officer Peter Savalis #2 | E2010-014 | Investigatory Privilege |
| 6/24/2010 | MP3 of IAD Interview of Sgt. John Cunniffe | E2010-014 | Investigatory Privilege |
| 11/9/2010 | MP3 of IAD Interview of Sgt. John Cunniffe #2 | E2010-014 | Investigatory Privilege |
| 6/2/2010 | MP3 of IAD Interview of Officer Jerome Hall-Brewster | E2010-014 | Investigatory Privilege |
| 7/28/2010 | MP3 of IAD Interview of Lino Cook | E2010-014 | Investigatory Privilege |
|  | Tape of IAD interview of Simon Glik | E2010-014 | Investigatory Privilege |
| N/A | IA Pro Index of file for E2010-014 | E2010-014 | Investigatory Privilege |

| 11/1/2007 | Email from Glik to IAD | E2010-014 | Investigatory Privilege |
| 11/1/2007 | Email from Mark Hayes to Birdie O'Sullivan forwarding Glik Complaint | E2010-014 | Investigatory Privilege |

Respectfully submitted,

DEFENDANT, CITY OF BOSTON

William F. Sinnott
Corporation Counsel

By its attorneys:

_____
Ian D. Prior, BBO # 655704
Lisa S. Skehill, BBO # 675344
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4017 (Prior)
(617) 635-4022 (Maki)

Date: December 7, 2010

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

12/7/2010        _____
Date              Ian D. Prior