UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIMON GLIK,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN CUNNIFFE, PETER J. SAVALIS and JEROME HALL-BREWSTER, in their individual capacities, and the CITY OF BOSTON,<br><br>    Defendants. | Civil Action No. 1:10-cv-10150-LTS |

### PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

Plaintiff seeks leave, with Defendants' assent, to file a brief reply to Defendant City of Boston's opposition to Plaintiff's motion to compel discovery. The Proposed Reply is attached as Exhibit 1. As reasons therefor, Plaintiff states as follows:

1. On December 10, 2010, Plaintiff filed a motion to compel the City of Boston all materials related to Plaintiff's internal affairs complaint about the incident at issue in this lawsuit.

2. After Plaintiff filed this motion, Plaintiff received a supplemental privilege log from the City listing additional documents in the internal affairs file. The proposed reply addresses these materials.

3. On December 21, 2010, the City filed an opposition to Plaintiff's motion

4. The City's opposition makes several representations about the record with which Plaintiff takes issue. The proposed reply addresses these.

**WHEREFORE,** Plaintiff respectfully requests that the Court permit Plaintiff to file the Proposed Reply.

RESPECTFULLY SUBMITTED,

For the Plaintiff,
By his attorneys,

/s/ Howard Friedman
Howard Friedman, BBO #180080
David Milton, BBO # 668908
**Law Offices of Howard Friedman PC**
90 Canal Street, Fifth Floor
Boston, MA 02114-2022
(617) 742-4100
hfriedman@civil-rights-law.com
dmilton@civil-rights-law.com

/s/ Sarah Wunsch
Sarah Wunsch, BBO # 548767
**American Civil Liberties Union of Massachusetts**
211 Congress Street, 3rd floor
Boston, MA 02110
(617) 482-3170, ext. 323
swunsch@aclum.org

**CERTIFICATE PURSUANT TO L.R. 7.1**

I certify that I have conferred with defense counsel for all parties before filing this motion and that all parties assent to this motion.

Date: December 23, 2010    /s/ David Milton
                            David Milton

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served upon the attorney of record for each party via ECF.

Date: December 23, 2010    /s/ David Milton
                            David Milton

2