# United States Court of Appeals
## For the First Circuit

No. 10-1764

SIMON GLIK,

Plaintiff, Appellee,

v.

JOHN CUNNIFFE, in his individual capacity; PETER J. SAVALIS, in his individual capacity; JEROME HALL-BREWSTER, in his individual capacity; CITY OF BOSTON,

Defendants, Appellants.

**JUDGMENT**

Entered:  August 26, 2011

  This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

  Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order denying appellant's claim of qualified immunity is affirmed.


              By the Court:

              /s/ Margaret Carter, Clerk


cc: Ms.  Samant, Mr.  Bavitz, Mr.  Milton, Mr.  Friedman, Mr.  Prior, Ms.  Skehill & Ms.  Wunsch.