UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10150 LTS

| |
|---|
| SIMON GLIK,<br>          Plaintiff<br><br>v.<br><br>JOHN CUNNIFFE, PETER J. SAVALIS and JEROME HALL-BREWSTER, in their individual capacities, and the CITY OF BOSTON,<br>          Defendants. |

### DEFENDANT CITY OF BOSTON'S MOTION TO MAINTAIN THE "CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER" DESIGNATION OF CERTAIN DOCUMENTS PRODUCED THROUGH DISCOVERY

Now comes the Defendant, City of Boston, and hereby moves to maintain the "confidential—subject to protective order" designation of the still-ongoing internal affairs investigation into the underlying complaint. As grounds therefore, the Defendant states that it has a substantial interest in maintaining the confidentiality of the ongoing internal affairs investigation file that has been produced to the Plaintiff through discovery. The need to maintain confidentiality is primarily based on the ongoing nature of the investigation and the need to prevent the investigation from being compromised. The City also seeks to maintain the confidential designation of the file's contents to prevent the public dissemination of personal information belonging to cooperating witnesses, investigatory techniques, and witness statements. Further grounds in support of this motion are more fully set forth in the attached memorandum.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted,<br>DEFENDANT, CITY OF BOSTON, |
| I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants. | William F. Sinnott,<br>Corporation Counsel<br><br>By its attorney, |
| Date: 10/5/11    /s/ Lisa Skehill Maki<br>         Lisa Skehill Maki | /s/ Lisa Skehill Maki<br>Lisa S. Maki, BBO # 675344<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>1 City Hall Plaza, Room 615<br>Boston, MA 02201<br>(617) 635-4022 |

### 7.1 Certification

Undersigned counsel certifies that on or about September 23, 2011, she conferred in good faith with counsel for the Plaintiff in an attempt to resolve and/or narrow the issues raised herein but was unable to do so.

Date:  October 5, 2011                                                          /s/ Lisa Skehill Maki
                                                                                           Lisa Skehill Maki