UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10150 LTS

| | |
|---|---|
| SIMON GLIK,<br>　　　　　Plaintiff<br><br>v.<br><br>JOHN CUNNIFFE, PETER J. SAVALIS and JEROME HALL-BREWSTER, in their individual capacities, and the CITY OF BOSTON,<br>　　　　　Defendants. | |

**DEFENDANT CITY OF BOSTON'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO MAINTAIN THE "CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER" DESIGNATION OF CERTAIN DOCUMENTS PRODUCED THROUGH DISCOVERY**

Pursuant to Magistrate Judge Leo T. Sorokin's Order dated November 1, 2011, the Defendant, City of Boston ("City") hereby files its supplemental memorandum.

The Internal Affairs Division ("IAD") of the Boston Police Department is currently investigating a complaint filed by the Plaintiff in this case, Simon Glik, which he filed on November 1, 2007.  An investigation by IAD is not deemed closed by the Boston Police Department until the Police Commissioner issues a finding and a discipline, if any.  In the present case, the IAD investigation of Plaintiff complaint is not closed and therefore, on-going.  While the Court notes that there has not been a single document created within the last eight months, the IAD investigator has done several additional interviews in this time period.  While his substantive investigation is complete, the investigator has yet to review the file and make any recommendations to the Police Commissioner regarding any findings.  Therefore, the Police Commissioner has not

issued any findings and/or discipline in this case in order to deem the investigation closed.

While the Defendant notes that the investigation is technically still on-going, it does admit that the substantive investigatory portion of the investigation is complete. Therefore, the Defendant concedes that lifting the confidential status of these documents will not prejudice the investigation as the investigation will not be hindered in any way.[1]

| **CERTIFICATE OF SERVICE** | Respectfully submitted,<br>DEFENDANT, CITY OF BOSTON, |
|---|---|
| I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants. | William F. Sinnott,<br>Corporation Counsel<br><br>By its attorney, |
| Date: 11/7/11    /s/ Raquel D. Ruano<br>              Raquel D. Ruano | /s/ Raquel D. Ruano<br>Raquel D. Ruano, BBO# 658735<br>Lisa S. Maki, BBO # 675344<br>Assistant Corporation Counsels<br>City of Boston Law Department<br>1 City Hall Plaza, Room 615<br>Boston, MA 02201<br>(617) 635-4039 (Ruano)<br>(617) 635-4022 (Maki) |

---

[1] Defendant is assuming that the personal identifying information of the witnesses identified in the documents shall remain confidential and therefore does not address this issue.