UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIMON GLIK,<br>       Plaintiff,<br><br>              v.<br><br>JOHN CUNNIFFE, et al.,<br>       Defendants. | Civil Action No. 1:10-cv-10150-LTS |

## PLAINTIFF'S MOTION FOR STATUS CONFERENCE

Plaintiff requests that the Court schedule a status conference at its earliest convenience to discuss scheduling and other matters that may be affected by recent developments in the case. As reasons therefor, Plaintiff states as follows:

1. Plaintiff and the City have begun settlement discussions and are seeking to have the case referred to the Court's ADR program as soon as possible. It is unlikely that the mediation will occur for several weeks, at the earliest.

2. The discovery deadline is currently March 29, 2012, having been extended at Defendants' request. The case itself is almost two years old, as discovery against the individual Defendants was stayed for more than a year pending their appeal from the denial of their motion to dismiss.

3. Following the Boston Police Department's recent internal affairs finding that two of the individual Defendants acted unreasonably in the arrest that gave rise to this action, the City Law Department terminated its representation of the three individual defendants. They are now represented by outside counsel. The City Law Department continues to represent the City of Boston.

4. Hugh Curran has filed a notice of appearance on behalf of Defendants Jerome Hall-Brewster and Peter Savalis. Mr. Curran is new to the case and will require time to become familiar with the proceedings to date.

5. Ian Prior has filed an appearance on behalf of Defendant John Cunniffe. Until September 2011, Mr. Prior was a City Law Department attorney. He was attorney in this case for the City of Boston and all individual Defendants.

6. Plaintiff's counsel believes that these new attorney-client relationships present conflict of interest issues that may require Court action. To the extent the entire case resolves quickly, such issues will be moot. If not, the issues may require motion practice that is likely to delay the case.

7. If a mediation can be scheduled soon, it will also likely result in postponement of upcoming depositions pending the outcome of the mediation, to avoid unnecessary time and expense. Plaintiff noticed the depositions of the individual defendants a month and a half ago. Plaintiff will also need to take additional *Monell* depositions in light of the results of the internal affairs investigation.

8. Document discovery has been already been delayed. The City Law Department had identified certain documents as responsive to document requests to individual Defendants, which were served in September 2011. Production of these documents has been delayed by the change in attorneys.

9. A status conference would help the parties and the Court address the case management issues raised by these recent developments.

WHEREFORE, Plaintiff respectfully requests that the Court schedule a status conference at its earliest convenience.

                                                   RESPECTFULLY SUBMITTED,
                                                   For the Plaintiff,

                                                 /s/ David Milton
                                                 Howard Friedman, BBO #180080
                                                 David Milton, BBO #668908
                                                 Law Offices of Howard Friedman, P.C.
                                                 90 Canal Street, Fifth floor
                                                 Boston, MA 02114-2022
                                                 617-742-4100
                                                 hfriedman@civil-rights-law.com
                                                 dmilton@civil-rights-law.com

/s/ Sarah Wunsch
Sarah Wunsch, BBO # 548767
**American Civil Liberties Union of Massachusetts**
211 Congress Street, 3rd floor
Boston, MA 02110
(617) 482-3170, ext. 323
swunsch@aclum.org

Dated: January 18, 2012

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that prior to filing this motion I conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues raised herein.

Date:  January 18, 2012            /s/ David Milton
                                   David Milton

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served upon the attorney of record for each party via ECF.

Date: January 18, 2012             /s/ David Milton
                                   David Milton

3