UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIMON GLIK,<br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>JOHN CUNNIFFE, et al.,<br>　　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 1:10-cv-10150-LTS<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE**

　　　　Plaintiff requests that the Court continue the status conference scheduled for this Thursday, January 23, 2012, for a date soon after March 5, 2012. As reasons therefor, Plaintiff states as follows:

　　　　1.　　By order entered today, Magistrate Judge Dein scheduled a mediation on March 5, 2012.

　　　　2.　　As described in Plaintiff's Motion for a Status Conference [Dkt. No. 57], the discovery deadline is currently March 29, 2012. The City recently terminated its representation of the individual Defendants, and private attorneys from two separate firms have filed appearances on these individuals' behalf.

　　　　3.　　Plaintiff requested a status conference to inform the Court that these developments would delay the case. Because depositions will not take place pending the outcome of the mediation, the parties will be unable to complete discovery before March 29, 2012. In addition, if the case does not settle, the Court may need to address the potential conflict of issues raised by the changes in attorney-client relationships. This may also delay the case.

　　　　4.　　At the time of the request, the case had not been referred to ADR and it was uncertain when the mediation would occur. Now that a mediation date has been set for the relatively near future, it seems most efficient to wait until after the mediation to hold the conference, if the case does not settle.

　　　　WHEREFORE, Plaintiff respectfully requests that the Court schedule continue status conference scheduled for January 26, 2012, to a date soon after March 5, 2012.

        RESPECTFULLY SUBMITTED,
        For the Plaintiff,

        /s/ David Milton
        Howard Friedman, BBO #180080
        David Milton, BBO #668908
        Law Offices of Howard Friedman, P.C.
        90 Canal Street, Fifth floor
        Boston, MA 02114-2022
        617-742-4100
        hfriedman@civil-rights-law.com
        dmilton@civil-rights-law.com

        /s/ Sarah Wunsch
        Sarah Wunsch, BBO # 548767
        **American Civil Liberties Union of Massachusetts**
        211 Congress Street, 3rd floor
        Boston, MA 02110
        (617) 482-3170, ext. 323
        swunsch@aclum.org

Dated: January 23, 2012

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that prior to filing this motion I conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues raised herein. All parties assent.

Date:  January 23, 2012        /s/ David Milton
                                            David Milton

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served upon the attorney of record for each party via ECF.

Date: January 23, 2012        /s/ David Milton
                                            David Milton