UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10150 LTS

| | |
|---|---|
| SIMON GLIK,<br>　　　　　　Plaintiff<br><br>v.<br><br>JOHN CUNNIFFE, PETER J. SAVALIS and JEROME HALL-BREWSTER, in their individual capacities, and the CITY OF BOSTON,<br>　　　　　　Defendants. | |

### DEFENDANT CITY OF BOSTON'S MOTION TO MAINTAIN THE "CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER" DESIGNATION OF CERTAIN DOCUMENTS PRODUCED THROUGH DISCOVERY

Now comes the Defendant, City of Boston, and hereby moves to maintain the "confidential—subject to protective order" designation of the internal affairs interview summary of the allegations made by the plaintiff in this case. As grounds therefore, the City states that it has a substantial interest in maintaining the confidentiality of the interview summary as it contains the mental impressions and recommendations of an internal affairs investigator as well as confidential non-party witness statements and information. Publicly disclosing this interview summary could negatively impact the ongoing litigation as well as the ability of internal affairs investigators to conduct candid and thorough investigations. Furthermore, publicly disclosing witness statements could discourage future witnesses from cooperating with internal affairs investigators. Further grounds in support of this motion are more fully set forth in the attached memorandum.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted,<br>DEFENDANT, CITY OF BOSTON, |
| I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants. | William F. Sinnott,<br>Corporation Counsel<br><br>By its attorney, |
| Date:  2/7/12     /s/ Lisa Skehill Maki<br>              Lisa Skehill Maki | /s/ Lisa Skehill Maki<br>Lisa S. Maki, BBO # 675344<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>1 City Hall Plaza, Room 615<br>Boston, MA 02201<br>(617) 635-4022 |

### 7.1 Certification

Undersigned counsel certifies that on or about February 2, 2012, she conferred in good faith with counsel for the Plaintiff in an attempt to resolve and/or narrow the issues raised herein but was unable to do so.

Date:   February 17, 2012                                         /s/ Lisa Skehill Maki
                                                                                     Lisa Skehill Maki