UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **1:10-10150 LTS**

**SIMON GLIK**
Plaintiff

v.

**CUNIFFE, ET AL**

Defendant

## 45 DAY SETTLEMENT ORDER OF DISMISSAL

SOROKIN, M.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 45 days if settlement is not consummated.

By the Court,

 /s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

March 6, 2012

To: All Counsel