# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 10-10150-LTS**

|  |  |
|---|---|
| **SIMON GLIK,** | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| **JOHN CUNNIFFE, PETER J. SAVALIS** and | ) |
| **(FNU) HALL-BREWSTER,** in their individual | ) |
| capacities, and the **CITY OF BOSTON,** | ) |
| Defendants. | ) |
|  | ) |

## ALL PARTIES' JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

All parties in the above-entitled action hereby jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss all counts and claims as they relate to all Defendants, the City of Boston, John Cunniffe, Peter J. Savalis, and Jerome Hall-Brewster, in their individual and official capacities, with prejudice, without costs and waiving all rights of appeal.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DEFENDANT, CITY OF BOSTON | PLAINTIFF, SIMON GLIK |
| By its attorney: | By his attorneys: |
| William F. Sinnott | |
| | |
| /s/ Lisa Skehill Maki | /s/ David Milton |
| Lisa Skehill Maki, BBO No. 675344 | David Milton, BBO No. 668908 |
| Assistant Corporation Counsel | Howard Friedman, BBO No. 180080 |
| City of Boston Law Department | 90 Canal Street, 5th Floor |
| One City Hall Plaza, Suite 615 | Boston, MA 02114 |
| Boston, MA 02116 | (617) 742-4100 |
| (617) 635-4022 | |
| | /s/ Sarah Wunsch |
| | Sarah Wunsch, BBO No. 548767 |
| | ACLU of Massachusetts |
| | 211 Congress Street, 3d Floor |
| | Boston, MA 02110 |
| | 617-482-3170 |

2

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DEFENDANT, PETER J. SAVALIS | DEFENDANTS, JOHN CUNNIFFE |
| and JEROME HALL-BREWSTER | By his attorney, |
| By their attorney, | |
| | |
| /s/ Hugh R. Curran | /s/ Ian D. Prior |
| Hugh R. Curran, BBO #552623 | Ian D. Prior, BBO # 655704 |
| Bletzer & Bletzer, P.C. | Chisholm Chisholm & Kilpatrick LLP |
| 300 Market Street | One Turks Head Place, Suite 1313 |
| Brighton, MA 02135 | Providence, RI 02903 |
| 617-254-8900 | 401-331-6300 |

**Date: March 29, 2012**

## CERTIFICATE OF SERVICE

I, Lisa Skehill Maki, do hereby certify that I filed a true copy of the attached documents via the CM/ ECF system on March 29, 2012.

/s/ Lisa Skehill Maki
Lisa Skehill Maki